UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                    Plaintiff,

-v.-

JAMES P. EHRHARD ESQ. et al.,

                    Defendants.

25 Civ. 05724 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

Defendants removed this action from the Bronx County Supreme Court on July 11, 2025. ECF No. 1. The same day, Plaintiff moved to remand. ECF No. 7. Defendants' deadline to oppose the motion was July 25, 2025. *See* S.D.N.Y. Local Civ. R. 6.1(b) ("On all civil motions, . . . any opposing or response papers must be served within 14 days after service of the moving papers[.]"). The docket does not reflect that Defendants filed any such opposition by July 25, 2025 or any date thereafter.

It is hereby ORDERED that, no later than **August 6, 2025**, Defendants shall show good cause in writing why Plaintiff's motion should not be deemed unopposed. **Failure to show such good cause may result in Plaintiff's motion being deemed unopposed or in remand of this case without further notice.**

Moreover, pursuant to Federal Rule of Civil Procedure 7.1, each party was required, "with its first appearance, pleading, petition, motion, response, or other request addressed to the court," Fed. R. Civ. P. at 7.1(b)(1), to "file a disclosure statement" that "name[s]-and identif[ies] the citizenship of-every individual or entity whose citizenship is attributed to that party," *id.* at 7.1(a)(2). Defendants appeared on July 11, 2025, *see* ECF No. 4, but have not filed the requisite statement. It is hereby ORDERED that, no later than **August 6, 2025**, Defendants shall file their respective Rule 7.1 statements.

SO ORDERED.

Dated: July 30, 2025
       New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge