UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,

                      Plaintiff,              25-CV-5724 (JHR) (RWL)

      - against -

                                              **ORDER**

JAMES P. EHRHARD,

                   Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     At this juncture, in addition to his moving and reply papers in support of his motion to remand, Plaintiff has filed several more "reply" papers. (See Dkts. 28, 31, 33, 36, 37, 38, 39, 43.) Parties generally are limited to moving papers, opposition, and reply by the moving party. Anything further may be filed only with leave of the Court. Accordingly, unless granted leave of Court to do so, Plaintiff shall not file anything further with respect to his motion to remand. It also is premature for the parties to file any notices or requests regarding discovery and related requests for information. Accordingly, there should be no need for Plaintiff to file anything further pending resolution of the motion to remand, which will be decided by Judge Rearden. If the case remains in federal court, the undersigned will convene an initial conference.

                                                    SO ORDERED.

                                                    _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: August 22, 2025
       New York, New York

Copies transmitted this date to all counsel of record.