**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

John Doe,
    Plaintiff,
        -against-
James P. Ehrhard, Esq., individually and as Principal of Ehrhard & Associates, P.C.,
    Defendant.
Case No. 25-cv-5724

**NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS**

PLEASE TAKE NOTICE that Plaintiff, proceeding pro se, will move this Court before the Honorable Jennifer H. Rearden, United States District Judge, for an Order pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. 72(b)(2) extending Plaintiff's deadline to file objections to Magistrate Judge Lehrburger's Report and Recommendation dated December 1, 2025 (ECF No. 47).

Plaintiff respectfully requests that the current deadline of January 14, 2026 (as set by the Court's December 9, 2025 Order) be extended by 45 days, to February 27, 2026, or such other date as the Court deems just and proper.

This motion is based upon the accompanying declaration, all prior pleadings and proceedings, and such other argument or evidence as the Court may consider.

Dated: January 8, 2026

_____

John Doe (Pro Se)

Application GRANTED IN PART. Given that "Plaintiff has secured an attorney willing to undertake [this] representation," ECF No. 50 at 2, the Court extends the deadline for Plaintiff to object to Judge Lehrburger's Report and Recommendation, ECF No. 47, to **seven days following Plaintiff's counsel's admission to practice in this District**. The Court refers Plaintiff to the Instructions for Admission Pro Hac Vice, available at https://www.nysd.uscourts.gov/attorney/prohac, and Local Rule 1.3(i) regarding the procedure by which "[a] member in good standing of the bar of any state or of any United States district court may be permitted to argue or try a particular case in whole or in part as counsel or advocate, upon motion [to appear *pro hac vice*]." Loc. R. 1.3(i). By **January 16, 2025**, Plaintiff's counsel shall file his motion to appear *pro hac vice*. Plaintiff's deadline to file objections to Judge Lehrburger's R&R will not be further extended.

The Clerk of Court is directed to terminate ECF No. 50.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 9, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

John Doe,
   Plaintiff,
      -against-
James P. Ehrhard, Esq., individually and as Principal of Ehrhard & Associates, P.C.,
   Defendant.

Case No. 25-cv-5724

**MOTION / DECLARATION IN SUPPORT**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT & RECOMMENDATION**

Plaintiff respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. 72(b)(2), for an Order extending Plaintiff's deadline to file objections to Magistrate Judge Lehrburger's Report and Recommendation dated December 1, 2025 (ECF No. 47).

In support of this request, Plaintiff states as follows:

1. On December 1, 2025, Magistrate Judge Lehrburger issued a Report and Recommendation addressing Plaintiff's motions and Defendant's motion to dismiss.

2. Plaintiff previously sought an extension of time to file objections, which the Court granted by Order dated December 9, 2025, extending Plaintiff's deadline to January 14, 2026.

3. Plaintiff has continued to act diligently and in good faith. Since the Court's last order, Plaintiff has secured an attorney willing to undertake representation: Robert Marko, Esq., who has been admitted to the New York Bar since 2013.

4. Plaintiff seeks this extension promptly, in good faith, and without any intent to delay the proceedings; rather, Plaintiff seeks to ensure the

objections are complete and properly presented, particularly given the anticipated transition to counsel.

5. Mr. Marko is not yet admitted to practice in the Southern District of New York. On January 7, 2026, he submitted his SDNY admission application and paid the required registration fee, and is currently awaiting scheduling of the swearing-in ceremony.

6. Until Mr. Marko is admitted to SDNY and files a Notice of Appearance, Plaintiff remains pro se and must either file objections himself or risk waiver absent an extension. Granting this extension will allow the Court to receive objections that are focused, accurate, and supported by the record, rather than hurried pro se submissions.

7. The docket and filings in this matter are extensive, and counsel requires adequate time to review the procedural history, briefing, and record before preparing objections that are accurate, complete, and useful to the Court. Plaintiff respectfully submits that allowing time for counsel to review the record will promote judicial efficiency and avoid rushed, incomplete, or fragmented briefing.

8. Plaintiff requests an extension of 45 days, which is modest and supported by good cause, particularly where Plaintiff has already taken concrete steps to retain counsel, and the remaining delay is tied to counsel's pending SDNY admission and the reasonable time required for review.

9. Defendant will suffer no prejudice from a brief extension. The requested extension will promote orderly adjudication and assist the Court in receiving properly developed objections.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline to file objections to February 27, 2026, or such other date as the Court deems appropriate.

Dated: January 8, 2026

_____