UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,
Plaintiff,

v.

James P. Ehrhard, Esq.,
Defendant.

Case No. 25-cv-5724 (JHR)

> Application DENIED. The caption on ECF was revised pursuant to Judge Lehrburger's Order denying Plaintiff's motion to proceed under a pseudonym. *See* ECF No. 47 at 10-24. The caption matches the name Plaintiff provided to the Court, *see* ECF No. 19. Accordingly, there is no "clerical mistake" to correct pursuant to Federal Rule 60(a). Moreover, "[a] person waives the protection of [Federal Rule of Civil Procedure] 5.2(a) as to the person's own information by filing it without redaction and not under seal." Fed. R. Civ. P. 5.2(h). *See* ECF No. 21 ¶ 1; ECF No. 47 at 11 (concluding that Plaintiff's prior disclosure of his name on the docket is "dispositive of Plaintiff's motion" to proceed by pseudonym).
>
> The Clerk of Court is directed to terminate ECF No. 61.
> SO ORDERED.
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: February 4, 2026

**LETTER-MOTION FOR LIMITED POST-JUDGMENT RELIEF**

**Dear Judge Rearden:**

Plaintiff, by counsel, respectfully submits this letter-motion seeking limited post-judgment administrative relief following the Court's January 27, 2026 Order adopting the Report and Recommendation and dismissing the action without prejudice for lack of personal jurisdiction, terminating motions, and closing the case.

60

This request is not a motion to reconsider the merits of the dismissal, and it does not seek to re-open the Court's jurisdictional analysis. Rather, it seeks narrow relief to ensure (i) the docket accurately reflects the intended party designation and (ii) personally identifying and highly sensitive material is handled consistent with privacy rules.

1. Requested Relief

Plaintiff respectfully requests an Order:

1. Directing the Clerk to correct the party name/caption on ECF to reflect the proper party designation for Plaintiff (as requested in prior filings and consistent with the Court's administrative direction regarding caption/name handling on ECF). See

All DOCS thru 01-08-2026

2. Granting leave to refile/redact limited docket entries to remove personally identifying information and sensitive matter not necessary to adjudication (e.g., street address and other identifiers), consistent with Fed. R. Civ. P. 5.2 and SDNY practices; and

3. Confirming that such relief is sought solely for privacy/administrative purposes and does not disturb the January 27, 2026 dismissal order.

2. Procedural Basis

Plaintiff respectfully submits that the Court may grant the foregoing as clerical/administrative corrections and privacy-conforming redactions under Rule 60(a), and/or as narrowly tailored relief under Rule 60(b) to prevent unnecessary collateral harm from disclosure of personal identifiers where the case has already been dismissed without prejudice. See

3. Background Supporting Limited Relief

Following counsel's admission, Plaintiff submitted a "limited clarification" letter regarding disposition language; the Court expressly did not construe it as an objection.

The Court then entered final disposition and closed the case without prejudice.

Separately, the R&R itself included an administrative direction to revise ECF caption/name information to reflect Plaintiff's actual identity.

Plaintiff now seeks a limited follow-through on the ECF caption/party designation and permission to conform redactions to privacy rules, without disturbing final judgment.

4. Proposed Order

Plaintiff respectfully submits the attached Proposed Order granting the limited relief requested above.

Plaintiff has conferred (or attempted to confer) with Defendant regarding the requested administrative/privacy relief and will promptly update the Court if the parties can narrow or stipulate to any portion of this request.

Respectfully submitted,

Dated: January 30, 2026
New York, New York

**/s/ Robert D. Marko, Esq.**
**Robert D. Marko, Esq.**
**Attorney for Plaintiff**